**EXHIBIT 19**



E-Mail | Password

Need Password Help?

 Did you know? Koley Jessen, PC has a PlainSite profile. Please make sure it's up to date!

# Wayverly Properties Fund, LLC

 Intellectual Ventures Shell Companies



Profile | Issues (0) | Dockets (0) | Attorneys (0) | Related (0) | Patents (24) | Trademarks (0) | Payments (0)

Wayverly Properties Fund, LLC
2711 Centerville Rd Ste 400
Wilmington, DE 19808

 Firm Locations

No comments have been added yet. Sign in to post a comment.

       

Issues  Laws  Cases  Pro  Pro Se  Articles  Firms  Entities

A joint venture of Think Computer Corporation and Think Computer Foundation, a 501(c)3 non-profit organization.
Non-Government Works Copyright © 2001-2014 Think Computer Corporation. All Rights Reserved. PlainSite is a registered trademark of Think Computer Corporation. Patents pending.
Please do not bulk download information from this web site without prior permission.

About  Help Us  Media  Privacy  Security  Contact Us