**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **SECURE AXCESS, LLC,** | § | |
| | § | |
| Plaintiff, | § | **CIVIL ACTION NO. 6:13-CV-717** |
| | § | |
| vs. | § | |
| | § | |
| **U.S. BANK NAT'L ASS'N,** *et al.* | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff initially filed complaints alleging patent infringement against defendants in 17 separate but related actions.[1] On June 9, 2014, the Court ordered that these pending actions be consolidated into Civil No. 6:13-cv-717 for pretrial issues only, with the exception of venue. Docket No. 46. On October 22, 2013, the Court issued its Order (Docket No. 215) granting Defendants' Renewed Motion to Stay Case Based on PTAB Institution of Covered Business Method Review Proceeding on all Asserted Claims (Docket No. 186), staying "the entire civil action" pending a final written decision on CBM2014-00100. Is it therefore **ORDERED** that the above-styled case and the member cases are **ADMINISTRATIVELY CLOSED**. The Clerk shall administratively close the lead case as well as each of the individual cases consolidated into

---

[1] Civil Actions: *Secure Axcess, LLC v. Ally Bank et al.*, 6:13-cv-00718; *Secure Axcess, LLC v. GE Capital Retail Bank et al.*, 6:13-cv-00720; *Secure Axcess, LLC v. Nationwide Bank et al.*, 6:13-cv-00721; *Secure Axcess, LLC v. PNC Bank, National Association et al.*, 6:13-cv-00722; *Secure Axcess, LLC v. Sovereign Bank, National Association*, 6:13-cv-00723; *Secure Axcess, LLC v. Vanguard Group Inc. et al.*, 6:13-cv-00724; *Secure Axcess, LLC v. Bank Of The West et al.*, 6:13-cv-00779; *Secure Axcess, LLC v. Cadence Bank, National Association*, 6:13-cv-00780; *Secure Axcess, LLC v. Charles Schwab Bank et al.*, 6:13-cv-00781; *Secure Axcess, LLC v. Commerce Bank et al.*, 6:13-cv-00782; *Secure Axcess, LLC v. Ocwen Financial Corporation*, 6:13-cv-00783; *Secure Axcess, LLC v. Orange Savings Bank, SSB et al.*, 6:13-cv-00784; *Secure Axcess, LLC v. Raymond James & Associates, Inc. et al.*, 6:13-cv-00785; *Secure Axcess, LLC v. Texas Capital Bank, N.A. et al.*, 6:13-cv-00786; *Secure Axcess, LLC v. T. Rowe Price Investment Services, Inc. et al.*, 6:13-cv-00787; and *Secure Axcess, LLC v. Trustmark National Bank et al.*, 6:13-cv-00788.

the lead case.  All pending motions are **DENIED** as moot without prejudice to re-filing once the stay is lifted.

So ORDERED and SIGNED this 10th day of November, 2014.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE